IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUBAL L. ROWTON                                3:10-CV-01435-MA

    Plaintiff,                              ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

On May 9, 2011, Magistrate Judge Jelderks issued a Findings and Recommendation (#24) recommending Defendant Commissioner's final decision denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income Benefits under Titles II and XVI of the Social Security should be affirmed.

Any objections to the magistrate judge's Findings and Recommendation were required to be filed by May 14, 2012.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error. The court, therefore, **ADOPTS** the magistrate judge's Findings and Recommendation.

## CONCLUSION

Accordingly, the court **AFFIRMS** the Commissioner's final decision denying plaintiff's application for Disability Insurance Benefits and Supplemental Security Income Benefits and **DISMISSES** this action with prejudice.

IT IS SO ORDERED.

DATED this 24 day of May, 2012.

Malcolm F. Marsh
United States District Judge

2 - ORDER